

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2025

No. 04-25-00224-CV

Agustin **ALVAR**,
Appellant

v.

Yvette **ALVAR**,
Appellee

From the County Court, Maverick County, Texas
Trial Court No. 4399
Honorable Domingo Rodriguez, Judge Presiding

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Velia J. Meza, Justice

In accordance with the court's opinion of this date, the cause is hereby **DISMISSED FOR WANT OF JURISDICTION**.

It is so **ORDERED** on April 23, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court